**Andra L. NICHOLSON, Appellant,**

v.

**Timothy O'DELL, Warden CCA/PCF; Jon E. Litscher, Wisconsin Secretary DOC; Corrections Corporation of America, Sued as Correction Corporation of America, Appellees.**

No. 03–1706.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 20, 2003.

Decided Aug. 25, 2003.

Andra L. Nicholson, Oregon, WI, pro se.

---

Sarah Crippen Madison, Best & Flanagan, Minneapolis, MN, for Defendants–Appellees.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

**PER CURIAM.**

Wisconsin inmate Andra Nicholson appeals the district court's[1] dismissal of his civil complaint. Having carefully reviewed the record and the submissions on appeal, we reject Mr. Nicholson's arguments and conclude that the district court's judgment should be affirmed. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.